UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Chapter 11

SCRUB ISLAND DEVELOPMENT GROUP LIMITED,  Case No. 8:13-bk-15285-MGW

Jointly administered with
SCRUB ISLAND CONSTRUCTION LIMITED,  Case No. 8:13-bk-15286-MGW

    Debtor.
_____/

FIRSTBANK PUERTO RICO,

    Plaintiff,

vs.  Adv. Proc. No. 8:14-ap-00987-MGW

SCRUB ISLAND UTILITY (BVI) LTD.,
AND SCRUB ISLAND DEVELOPMENT GROUP LIMITED,

    Defendants.
_____/

**FINAL JUDGMENT**

    THIS PROCEEDING came before the Court to consider the entry of a final judgment in this adversary proceeding. Based upon the findings of fact and conclusions of law set forth in this Court's Order Confirming First Amended Joint Plan of Reorganization of Scrub Island Development Group Limited and Scrub Island Construction Limited Under Chapter 11 of Title 11, United States Code Dated as of July 11, 2014, as Modified, Pursuant to 11 U.S.C. § 1129 (Case No. 8:13-bk-15285-MGW, Doc. No. 472) and as made on the record in open court on

2

December 30, 2014, the Court finds that it is appropriate to deny all relief sought in the Complaint for Declaratory Relief filed by the Plaintiff (Doc. No. 1) (the "Complaint") as moot.

Accordingly, it is **ORDERED**:

1. The relief requested in the Complaint is **DENIED AS MOOT**.

2. This adversary proceeding is **DISMISSED** with prejudice.

**DONE** and **ORDERED** in Tampa, Florida on January 23, 2015.

**MICHAEL G. WILLIAMSON**
United States Bankruptcy Judge

Attorney Harley Riedel is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.

H:\User\Scrub Island Development Group Limited\FirstBank v Scrub BVI and Scrub Dev - Adv. 14-987\Orders\Final_Judgment-2.docx