UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

SCRUB ISLAND DEVELOPMENT
GROUP LIMITED,

SCRUB ISLAND CONSTRUCTION
LIMITED,

     Debtors.

_____/

FIRSTBANK PUERTO RICO,

     Plaintiff,

vs.

SCRUB ISLAND UTILITY (BVI) LTD and
SCRUB ISLAND DEVELOPMENT
GROUP LIMITED,

     Defendants.

_____/

Chapter 11

Case No. 8:13-bk-15285-MGW

*Jointly Administered with*

Case No. 8:13-bk-15286-MGW

Adv. Proc. No. 8:14-ap-00987-MGW

## STIPULATION TO VACATE JUDGMENT
## AND DISMISS CLAIMS WITH PREJUDICE

Plaintiff, FirstBank Puerto Rico, and Defendants, Scrub Island Development Group Limited and Scrub Island Utility (BVI) Ltd. (collectively, with the Plaintiff, the "Parties"), in conjunction with the closing under the Order Granting Joint Agreed Motion to Approve Modification of Confirmed Plan Pursuant to Mediation Settlement (Doc. No. 591 in Case No. 8:13-bk-15285-MGW), pursuant to Rules 7041 and 7060 of the Federal Rules of Bankruptcy Procedure, hereby respectfully request that this Court vacate the

Final Judgment (Adv. Doc. No. 21) and dismiss this proceeding, with prejudice.  Each party shall bear its own attorneys' fees and costs.  The Parties request that the Court enter the order, the form of which is attached hereto as <u>Exhibit A</u>.

 _/s/ W. Keith Fendrick_____*
W. Keith Fendrick (FBN 0612154)
Holland & Knight LLP
PO Box 1288
Tampa, Florida 33601-1288
Phone: (813) 227-8500
Fax:     (813) 229-0134
E-Mail:  keith.fendrick@hklaw.com
Attorneys for Plaintiff

Zachary H. Smith
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina  28202
Phone: (704) 331-1046
Fax:    (704) 378-1909
Email:  zacharysmith@mvalaw.com
Attorneys for Plaintiff

*Pursuant to Local Rule 9011-4(d) regarding signatures, Daniel R. Fogarty attests that concurrence in the filing of this paper has been obtained.*

 _/s/ Daniel R. Fogarty_____
Harley E. Riedel (FBN 183628)
Charles A. Postler (FBN 455318)
Daniel R. Fogarty (FBN 0017532)
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone:     (813) 229-0144
Facsimile:     (813) 229-1811
Email: hriedel@srbp.com
           cpostler@srbp.com
           dfogarty@srbp.com
Attorneys for Defendant Scrub Island
Development Group Limited

 _/s/ Adam Alpert_____*
Adam L. Alpert (FBN 490857)
Bush Ross P.A.
Post Office Box 3913
Tampa, Florida  33601-3913
Telephone:     (813) 224-9255
Facsimile:     (813) 223-9620
Email:          aalpert@bushross.com
Attorneys for Defendant Scrub Island
Utility (BVI) Ltd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **Stipulation to Vacate Judgment and Dismiss Claims with Prejudice** was furnished on September 29, 2015 by the Court's **CM/ECF Transmission** to:

All parties receiving electronic noticing in this case

DATED:        September 29, 2015

_/s/ Daniel R. Fogarty_
Daniel R. Fogarty

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

SCRUB ISLAND DEVELOPMENT
GROUP LIMITED,

SCRUB ISLAND CONSTRUCTION
LIMITED,

     Debtors.
_____/

Chapter 11

Case No. 8:13-bk-15285-MGW

*Jointly Administered with*

Case No. 8:13-bk-15286-MGW

FIRSTBANK PUERTO RICO,

     Plaintiff,

vs.

SCRUB ISLAND UTILITY (BVI) LTD and
SCRU ISLAND DEVELOPMENT
GROUP LIMITED,

     Defendants.
_____/

Adv. Proc. No. 8:14-ap-00987-MGW

**ORDER VACATING JUDGMENT AND DISMISSING CLAIMS WITH PREJUDICE**

     THIS PROCEEDING came on for consideration on the Stipulation to Vacate Judgment

and Dismiss Claims with Prejudice (Adv. Doc. No. ___) (the "Stipulation") filed by the Plaintiff,

FirstBank Puerto Rico (the "<u>Plaintiff</u>"), and Defendants, Scrub Island Development Group Limited and Scrub Island Utility (BVI) Ltd. (the "<u>Defendants</u>" and collectively with the Plaintiff the "<u>Parties</u>"), and the Court having reviewed the Stipulation, being advised of the agreement of counsel of the Parties, and otherwise being duly advised on the premises, it is

**ORDERED** that the Final Judgment (Adv. Doc. No. 21) is vacated, and all claims of the Parties are hereby dismissed, with prejudice. Each party to bear its own attorneys' fees and costs, all subject to and in accordance with the Stipulation.

Attorney Daniel R. Fogarty is directed to serve a copy of this order on those parties receiving notice via cm/ecf and file a proof of service within 3 days of entry of the order.