# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg  
Acting Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

October 08, 2015

Sheryl L. Loesch  
U.S. District Court  
801 N FLORIDA AVE  
TAMPA, FL 33602-3849

Appeal Number: 15-12214-FF  
Case Style: FirstBank Puerto Rico v. Scrub Island Utility (BVI) Ltd, et al  
District Court Docket No: 8:15-cv-00257-CEH  
Secondary Case Number: 8:13-bk-15285-MGW

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Janet K. Mohler/jfc, FF  
Phone #: (404) 335-6178

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

No. 15-12214-FF

In re:  SCRUB ISLAND DEVELOPMENT GROUP LIMITED,
SCRUB ISLAND CONSTRUCTION LIMITED,

Debtors.

FIRSTBANK PUERTO RICO,

Plaintiff - Appellant,

versus

SCRUB ISLAND UTILITY (BVI) LTD.,
SCRUB ISLAND DEVELOPMENT GROUP LIMITED,

Defendants - Appellees.

On Appeal from the United States District Court for the
Middle District of Florida

BEFORE:    WILLIAM PRYOR and JULIE CARNES, Circuit Judges.

BY THE COURT:

The parties' joint motion to dismiss the appeal with prejudice, with the parties to bear their own costs, is GRANTED.